1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAT NGUYEN-SELIGMAN,<br><br>         Plaintiff,<br><br>         v.<br><br>LENNAR CORPORATION, a Delaware corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida corporation; and EAGLE HOME MORTGAGE OF CALIFORNIA, INC., a California corporation;<br><br>         Defendants. | CASE NO.  14-1435-RSM<br><br>**<u>FILED UNDER SEAL</u>**<br><br>**ORDER** |

The United States has filed an *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, in which the government seeks a four (4) month extension of time, from March 20, 2018 to July 20, 2018 in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit.  Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time . . . ." 31 U.S.C. § 3730(b)(3).  The Court finds that the *Ex Parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until July 20, 2018 to notify the Court of its decision whether or not to intervene in this *qui tam* action.

ORDER - 1
(CASE NO. 14-1435-RSM)
<u>FILED UNDER SEAL</u>

The Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 15th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAYLA STAHMAN, CABA NO  228931
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA  98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  kayla.stahman@udsdoj.gov

ORDER - 2
(CASE NO. 14-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970