Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAT NGUYEN-SELIGMAN,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION, a Delaware corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida corporation; and EAGLE HOME MORTGAGE OF CALIFORNIA, INC., a California corporation,<br><br>Defendants. | CASE NO. 14-cv-1435-RSM<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>July 17, 2018 |

### UNITED STATES' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3729–33 (FCA), the United States of America respectfully applies to the Court *ex parte* for an Order extending for three months, or until October 19, 2018, the period during which the United States will determine whether or not to intervene in this case, and for an extension of time during which this case will remain under seal. **Relator's counsel has been consulted and concurs with this request.**

UNITED STATES' *EX PARTE* APPLICATION
FOR AN EXTENSION OF TIME - 1
(CASE NO. 14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## PROCEDURAL HISTORY

On or about September 18, 2014, Relator Kat Nguyen-Seligman filed the Complaint in this action under seal under the *qui tam* provisions of the FCA, 31 U.S.C. § 3730, which permit individuals to file actions on behalf of the United States, alleging violations of the FCA. The Relator completed service on the United States on or about September 23, 2014. The FCA expressly contemplates that the government's investigative period may be extended more than once upon a showing by the United States of "good cause." *Id.* § 3730(b)(3). This is the government's ninth and, it is anticipated, final request for an extension of the seal, which is currently scheduled to expire on July 20, 2018.[1]

## THE RELATOR'S ALLEGATIONS

As the Court is aware, Defendant Lennar Corporation (Lennar) is a Delaware Corporation headquartered in Miami, Florida that builds homes throughout the United States, including homes in the Western District of Washington. Defendant Universal American Mortgage Company, LLC, (UAMC) is a subsidiary of Lennar and provides financing and related services to buyers of homes built by Lennar. Eagle Home Mortgage of California (Eagle Home) is also a subsidiary of Lennar, which provides financing and related services to homebuyers. The entities are hereafter referred to collectively as "the Lennar Companies."

---

[1] The government is mindful that this matter has been under seal for some time and, as described in detail in its prior Applications, it has been working diligently to conclude its extensive investigation into Relator's allegations. Nonetheless, should the Court require further information about the pace of the government's investigation, the government would appreciate the opportunity to provide additional detail in person in camera.

UNITED STATES' *EX PARTE* APPLICATION
FOR AN EXTENSION OF TIME - 2
(CASE NO. 14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States Department of Housing and Urban Development (HUD) insures the Lennar Companies' home mortgages. Under HUD's mortgage insurance program, if a homeowner defaults on a loan and the mortgage holder forecloses on the property, HUD pays the mortgage holder the balance of the loan, and then assumes ownership and possession of the property. Relator alleges, among other schemes, that the Lennar Companies failed to undertake meaningful quality control for a significant portion of its HUD-insured loans. Relator alleges that the Lennar Companies failed to sufficiently perform required due diligence on HUD-insured loans, including, but not limited to: (1) failing to investigate loans flagged by auditors as violating HUD guidelines; (2) failing to verify information provided in loan files; and (3) failing to ensure that funds used to close a loan were properly traced.[2] Relator alleges that these practices resulted in the Lennar Companies' certification of thousands of ineligible mortgages to HUD.

## THE GOVERNMENT'S INVESTIGATION

As the Court knows, the government was investigating the Lennar Companies' loan practices prior to the filing of Relator's suit. Prior to the filing of Relator's suit, the government issued two HUD administrative subpoenas for documents and one Civil Investigative Demand (CID) requesting answers to interrogatories. After Relator filed suit,

---

[2] Tracing is important because it ensures that funds used to secure a mortgage are from an allowable source. Using funds from an unallowable source may mislead the lender, and eventually HUD, as to the potential mortgage holder's credit risk.

UNITED STATES' *EX PARTE* APPLICATION
FOR AN EXTENSION OF TIME - 3
(CASE NO. 14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the government promptly interviewed Relator and reviewed the documents provided by the Relator.

Since the last extension of the seal in this matter, the government, defendants and Relator's counsel have been negotiating a potential resolution to the *qui tam* Complaint. All parties have been actively involved in the negotiations and we anticipate that we will reach an agreement during this last seal extension. In light of the progress that the parties have made toward settlement, the government submits that all parties will benefit from the case remaining under seal while we continue and finalize negotiations. As noted at the outset, Relator's counsel has been consulted and has no objection to this request for additional time.

## ARGUMENT AND AUTHORITIES

The FCA expressly contemplates the United States obtaining extensions of time to make its intervention decision in *qui tam* actions. *See* 31 U.S.C. § 3730 (b)(3) (the United States "may, for good cause shown, move the court for extensions of time . . .."). For the reasons set forth above, the government contends that the "good cause" standard is satisfied in this case.

The United States also respectfully requests that the Court order that the Complaint and other filings be kept under seal through October 19, 2018, unless otherwise ordered by the Court. Such an extension of the seal is contemplated by, and consistent with, the express terms of the FCA. *See* 31 U.S.C. § 3730(b)(3). Experience demonstrates that concluding a non-judicial resolution of this matter, should the facts so warrant, will be facilitated if Relator's allegations have not yet been publicly disseminated.

UNITED STATES' *EX PARTE* APPLICATION
FOR AN EXTENSION OF TIME - 4
(CASE NO. 14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

Accordingly, the United States requests that the Court enter an Order extending for three months, until and including October 19, 2018, the period for the United States to make its decision whether to intervene in this case and providing that during this time the case will remain under seal.

Dated this 17th day of July, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

KAYLA C. STAHMAN, CABA NO. 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: kayla.stahman@usdoj.gov

MICHAEL D. GRANSTON
SARA McLEAN
MARY CHRIS DOBBIE
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station

UNITED STATES' *EX PARTE* APPLICATION
FOR AN EXTENSION OF TIME - 5
(CASE NO. 14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Washington, D.C. 20044
Tel: 202-353-1750
Fax: 202-305-7797

Counsel for the United States of America

UNITED STATES' *EX PARTE* APPLICATION
FOR AN EXTENSION OF TIME - 6
(CASE NO. 14-cv-1435-RSM)
FILED UNDER SEAL