District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAT NGUYEN-SELIGMAN,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION, a Delaware corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida corporation; and EAGLE HOME MORTGAGE OF CALIFORNIA, INC., a California corporation,<br><br>Defendant. | CASE NO. 14-cv-1435-RSM<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>October 16, 2018 |

## UNITED STATES' NOTICE OF INTERVENTION AND *EX PARTE* MOTION FOR ORDER LIFTING SEAL

Pursuant to the False Claims Act, as amended, 31 U.S.C. §§ 3730(b)(3), the United States hereby notifies the Court of its decision to intervene in this case and respectfully applies to the Court for an order lifting the seal.

UNITED STATES' NOTICE OF INTERVENTION AND
*EX PARTE* MOTION TO LIFT SEAL - 1
(14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States, Defendants Lennar Corporation, Universal American Mortgage Company, LLC, and Eagle Home Mortgage of California, Inc., (Defendants), and the Relator have concluded a final settlement of this matter, which contemplates (1) a settlement payment by Defendants within 30 days of this Notice of Intervention; and (2) the parties filing a Stipulation of Dismissal of this action promptly after the United States' receipt of $13,200,000 settlement payment or $37,000 payment of the Relator's attorney's fees, whichever last occurs.

Accordingly, in anticipation of the filing of a Stipulation of Dismissal, the United States requests this Court enter an Order, in the form herewith provided, which lifts the seal in this matter in its entirety.

Dated this 16th day of October, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ KAYLA C. STAHMAN

KAYLA C. STAHMAN, CABA NO. 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: kayla.stahman@usdoj.gov

UNITED STATES' NOTICE OF INTERVENTION AND
*EX PARTE* MOTION TO LIFT SEAL - 2
(14-cv-1435-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970