# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAT NGUYEN-SELIGMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>LENNAR CORPORATION, a Delaware corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida corporation; and EAGLE HOME MORTGAGE OF CALIFORNIA, INC., a California corporation,<br>      Defendant. | CASE NO. 14-cv-1435-RSM<br><br>**<u>FILED UNDER SEAL</u>** |

## ORDER

The United States has filed an *Ex Parte* Motion for an Order Lifting the Seal in this case in anticipation of the filing of a Stipulation of Dismissal. The Court is satisfied that lifting of the seal is not inconsistent with the seal provisions of the False Claims Act.

ORDER - 1
14-cv-1435-RSM
UNDER SEAL

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion for an Order Lifting the Seal shall be granted and the Complaint, this Order, and all other papers on file in this action shall be unsealed.

DATED this 17 day of October 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAYLA C. STAHMAN, CABA # 228931
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
E-mail: kayla.stahman@usdoj.gov

ORDER - 2
14-cv-1435-RSM
UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970