District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAT NGUYEN-SELIGMAN,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION, a Delaware corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida corporation; and EAGLE HOME MORTGAGE OF CALIFORNIA, INC., a California corporation,<br><br>Defendant. | CASE NO. 14-cv-1435-RSM<br><br>ORDER DISMISSING COMPLAINT |

## **ORDER**

The Court having considered the Stipulation of Dismissal filed by the United States and Relator Kat Nguyen-Seligman, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. The Parties having agreed to a settlement of certain claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against all Defendants with prejudice to the Relator, and with prejudice to the United States to the

ORDER - 1
(14-cv-1435-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

extent of the "Covered Conduct," as that term is defined in the Settlement Agreement concluded among the United States, the Relator and Defendants Lennar Corporation, Universal American Mortgage Company, LLC, and Eagle Home Mortgage of California, Inc., (Defendants) on October 16, 2018, but otherwise without prejudice to the United States; and

    3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

SO ORDERED:

DATED this 30 day of October 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| For the United States: | For Relator: |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | */s/ Stephen A. Teller*<br>STEPHEN A. TELLER, WSBA # 23372<br>Stephen Teller & Associates, PLLC |
| ANNETTE L. HAYES<br>United States Attorney<br>Western District of Washington | 1139 34th Ave, Suite B<br>Seattle, WA 98122<br>Phone: 206-324-8969<br>Fax: 206-860-3172 |

ORDER - 2
(14-cv-1435-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| */s/Kayla C. Stahman*<br>KAYLA C. STAHMAN, CABA NO. 228931<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: kayla.stahman@usdoj.gov<br><br>MICHAEL D. GRANSTON<br>SARA McLEAN<br>MARY CHRIS DOBBIE<br>ATTORNEYS<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: 202-353-1750<br>Fax: 202-305-7797<br><br>Counsel for the United States of America | */s/ Ryan J. Pauley*<br>RYAN J. PAULEY, WSBA # 40625<br>TIMOTHY J. PAULEY, WSBA # 18583<br>Pauley Law Group, PLLC<br>1001 Fourth Ave. Suite 3200<br>Seattle, WA 98154-1003<br>Phone: 206-684-9454<br>Email: rpauley@pauleylawgroup.com |

ORDER - 3
(14-cv-1435-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970